IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10793
Conference Calendar
_____

JESSIE R. TORRES,

Plaintiff-Appellant,

versus

FIRST NAME UNKNOWN HAYS, Captain;
GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:98-CV-121
--------------------

February 9, 1999

Before BARKSDALE, and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

Texas state prisoner Jessie R. Torres, #702908, appeals the

district court's dismissal of his 42 U.S.C. § 1983 complaint

with prejudice under 28 U.S.C. § 1915(e) as frivolous and for

failure to state a claim upon which relief may be granted.  We

_____

[*]This matter is being decided by a quorum.  28 U.S.C. §
46(d).

[**]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

have reviewed the record and Torres's brief and conclude that

Torres has failed to identify any error in the dismissal.  <u>See</u> <u>Torres v. Hays</u>, No. 2:98-CV-0121 (N.D. Tex. Jun. 25, 1998).

Torres's appeal is without arguable merit and therefore frivolous.  <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.  We caution Torres that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions, Torres is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.